**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

VALEO ELECTRICAL SYSTEMS, INC.,

    Plaintiff,

v.                                                  Case No. 07-CV-11251-DT

ARMADA TOOLWORKS LIMITED,

    Defendant.
                                                      /

**ORDER STAYING PROCEEDINGS AND SETTING STATUS CONFERENCE**

On April 3, 2007, the court held a status conference with counsel in the above-captioned matter. During the conference, the counsel indicated that the parties are pursuing fruitful negotiations and would benefit from additional time to do so. The court discussed with counsel the possibility of temporarily staying discovery and motion practice to allow the parties to continue their negotiations. Predicated on this discussion, and the representations of counsel, the court will suspend all deadlines until the April 30, 2007 status conference. Accordingly,

IT IS ORDERED that all formal proceedings in this matter, including discovery, motion practice, and other deadlines that would otherwise apply under the Federal Rules of Civil Procedure, are STAYED until further order of the court. The parties are DIRECTED to continue their productive discussions.[1]

---

[1] The parties are deemed to reserve all rights and waive none by the imposition of this stay.

IT IS FURTHER ORDERED that the court will conduct a status conference on **April 30, 2007 at 2:00 p.m.** to determine the status of the case.  Party representatives with full settlement authority are DIRECTED to appear.

IT IS FURTHER ORDERED that the parties' March 9, 2007 "Stipulated Order" to timely produce and pay for the supply as specified in the purchase order remains in effect.

IT IS FURTHER ORDERED that Plaintiff electronically file on the court's docket its motion for preliminary injunction previously filed in state court.

      S/Robert H. Cleland
      ROBERT H. CLELAND
      UNITED STATES DISTRICT JUDGE

Dated:  April 5, 2007

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, April 5, 2007, by electronic and/or ordinary mail.

      S/Lisa Wagner
      Case Manager and Deputy Clerk
      (313) 234-5522